UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Rukhsanah L. Singh |
| v. | : | Mag. No. 2025-mj-14054 (RLS) |
| JUSTINE CRUZ | : | **CRIMINAL COMPLAINT** |

I, Nicole Disch, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent of the U.S. Department of Homeland Security, Homeland Security Investigations, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached pages and made a part hereof.

Nicole Disch

Nicole Disch, Special Agent
U.S. Department of Homeland Security, Homeland Security Investigations

Attested to by telephone pursuant to F.R.C.P. 4.1(b)(2)(A) on this 3rd day of December 2025, in the District of New Jersey.

Honorable Rukhsanah L. Singh
United States Magistrate Judge
Name & Title of Judicial Officer

R Singh
Signature of Judicial Officer

RECEIVED
DEC -3 2025
AT 8:30______________M
CLERK, U.S. DISTRICT COURT - DNJ

# ATTACHMENT A

## COUNT ONE
## (Sexual Exploitation of Children)

Between on or about February 27, 2023, and on or about April 28, 2023, in Middlesex County, in the District of New Jersey and elsewhere, the defendant,

JUSTINE CRUZ,

did knowingly use, persuade, induce, entice, and coerce any minor, namely MINOR VICTIM 1, an individual who had not attained the age of 18 years, to engage in any sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, knowing that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce, and which depiction was transported and transmitted using any means and facility of interstate and foreign commerce and was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## ATTACHMENT B

I, Nicole Disch, am a Special Agent with the U.S. Department of Homeland Security, Homeland Security Investigations ("HSI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, and items of evidence. Where statements of others are related herein, they are related in substance and in part. Because this Affidavit is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

1. At all times relevant to this Complaint, defendant Justine Cruz ("CRUZ") resided in Middlesex County, New Jersey, with her minor children ("MINOR VICTIM 1" and "MINOR VICTIM 2").

2. In or around September 2025, HSI searched a cellular telephone ("the cell phone") belonging to Individual-1 pursuant to a federal search warrant. Within the cell phone, law enforcement discovered text communications, photographs and videos exchanged between Individual-1 and CRUZ, which were transmitted in interstate or foreign commerce between on or about February 27, 2023, and on or about April 28, 2023. The majority of the conversations between Individual-1 and CRUZ were sexual in nature.

3. For example, on or about March 26, 2023, at approximately 8:56 p.m., Individual-1 asked CRUZ, "Are you having any fun." CRUZ responded by sending a photograph of herself naked from the waist down lying on a bed next to MINOR VICTIM 1, whose bare buttocks were displayed. Individual-1 responded, "Hehe." CRUZ then stated, "[MINOR VICTIM 2] took that picture," referring to her other minor child. Individual-1 responded, "Oh nice. See what else he wants to take pics of." And CRUZ replied, "I am."

4. Separately saved on the cell phone, law enforcement found additional photographs of MINOR VICTIM 1, including three photographs of CRUZ with her breasts exposed lying next to MINOR VICTIM 1 with his genitals exposed. The investigation revealed that at the time the photographs were taken, MINOR VICTIM 1 was under five years old.

5. On or about December 3, 2025, law enforcement responded to CRUZ's residence for the purpose of executing a federal search warrant; CRUZ was present at the residence with MINOR VICTIM 1 and MINOR VICTIM 2. After being advised of and voluntarily waiving her *Miranda* rights, CRUZ voluntarily spoke with law enforcement. During the interview, Cruz confirmed, in sum and substance, that she took the photographs or coordinated the taking of the photographs referenced in

paragraphs 3 and 4, above; that she transmitted these photographs to Individual-1 for monetary compensation; and, at the time CRUZ sent these photographs to Individual-1, she knew of Individual-1's interest in child pornography for his own sexual gratification.