**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** TRENTON **DATE:** December 3, 2025

**JUDGE RUKHSANAH L. SINGH**

**ESR:** Mark Morelli

**TITLE OF CASE:** **DOCKET # 3:25-MJ-14054-01 (RLS)**
UNITED STATES OF AMERICA,
vs.
JUSTINE CRUZ
DEFENDANT PRESENT

**APPEARANCES:**
Tracey Agnew, AUSA for Government
Benjamin West, AFPD for Defendant
Todd Jones, Pretrial Services

**NATURE OF PROCEEDING:** Initial Appearance on Complaint
Initial appearance held.
Hearing on application by defendant for appointment of counsel.
Financial affidavit submitted/filed.
Ordered application granted.
Ordered Benjamin West, AFPD appointed as counsel.
Defendant advised of rights, charges and penalties.
Defendant waives formal reading of the complaint.
Waiver of preliminary hearing executed and filed.
Hearing on application of Government for pretrial detention.
Ordered application Granted.
Ordered defendant remanded to the custody of the US Marshals.
Brady Order to be entered.

Time Commenced: 2:50 p.m.
Time Adjourned: 3:20 p.m.
Total Time: 30 minutes

s/ Mark Morelli
**DEPUTY CLERK**